

EARNINGS STATEMENT

| EMP # 40073797 | |
|---|---|
| Cost Center: C507000 | |

| Period Beginning: | 05/02/2026 |
|---|---|
| Period Ending: | 05/15/2026 |
| Check Date: | 05/22/2026 |
| Pers. No | 10020891 |

Ashley R Joynes
1304 Boyd St
Des Moines IA 50316

Basis of Pay:        Hourly

Total Work Hours for Pay Period            64.00
Federal overtime premium                   24.53

Principal Workforce, LLC
711 High Street
Des Moines, IA 50392-2310

Check Date:05/22/2026

Phone  866-524-6947

THIS IS NOT A CHECK!!!

NON - NEGOTIABLE

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | Amount |
|---|---|---|---|---|
| Ashley R Joynes | | | | |



EMP #
40073797
Cost Center: C507000

| | |
|---|---|
| Period Beginning: | 05/02/2026 |
| Period Ending: | 05/15/2026 |
| Check Date: | 05/22/2026 |
| Pers. No | 10020891 |

Ashley R Joynes
1304 Boyd St
Des Moines IA 50316

Basis of Pay:       Hourly

### Earnings

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Pay | 21.24 | 64.00 | 1,359.36 | 13,279.66 |
| OT 1.0_FLSA | | | | 48.86 |
| OT Prem 0.5(FLSA | | | | 24.43 |
| II-Awards GU Tax | | | | 37.69 |
| PrinPay APY | | | | 1,274.96 |
| Holiday Pay | | | | 679.68 |
| PTO - Non-exempt | | | | 1,306.67 |
| STDC - 100% | | | | 1,019.52 |
| Gross Pay | | | 1,359.36 | 17,671.47 |

Tax Deductions: Federal

| | | |
|---|---|---|
| Withholding Tax | 73.87- | 843.21- |
| EE Social Security Tax | 79.88- | 1,051.92- |
| EE Medicare Tax | 18.68- | 246.01- |

Tax Deductions: Iowa

| | | |
|---|---|---|
| Withholding Tax | 30.66- | 334.34- |

Additional Deductions

| | | |
|---|---|---|
| *Std Medical EE pre-tax | 54.71- | 601.81- |
| *Dental EE pre-tax | 6.59- | 72.49- |
| *Vision EE pre-tax | 10.14- | 111.54- |
| *401K EE Inc | | 114.75- |
| *401K EE Salary | | 939.19- |
| Legal ID Theft | 7.00- | 77.00- |
| Accident Insurance | 3.13- | 34.43- |
| Hospital Indemnity | 4.69- | 51.59- |
| 401k Loan 2 Ded | | 270.00- |
| 401k Loan 3 Ded | 69.21- | 207.63- |
| Garnish: Creditor | 289.07- | 1,641.29- |

| | | |
|---|---|---|
| Total Net Pay | 711.73 | 11,074.27 |

### Other Benefits and Information

| | This Period | Year-to-Date |
|---|---|---|
| II-Awards GU Net | | 75.00 |
| Dental Employer | 12.62 | 138.82 |
| 401K ER NC | | 512.28 |
| 401K ER Inc NC | | 76.50 |
| Life Ins Imp Inc | 0.53 | 5.83 |
| Std Med ER | 268.59 | 2,954.49 |

| Payment Method | | Amount |
|---|---|---|
| Direct Deposit | | 175.00 |
| Direct Deposit | | 536.73 |

Your federal taxable wages       1,288.45

*Excluded from Federal Taxable Wages

Principal Workforce, LLC
711 High Street
Des Moines, IA 50392-2310

Check Date:05/22/2026

Phone 866-524-6947

THIS IS NOT A CHECK!!!                    NON - NEGOTIABLE

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Ashley R Joynes | Bank transfer | XXXXX3364858 | 031101279 | USD | 175.00 |
| | Bank transfer | XXXXX078427 | 273976369 | USD | 536.73 |



| EMP # | |
|---|---|
| 40073797 | |
| Cost Center: C507000 | |

| | |
|---|---|
| Period Beginning: | 04/18/2026 |
| Period Ending: | 05/01/2026 |
| Check Date: | 05/08/2026 |
| Pers. No | 10020891 |

Ashley R Joynes
1304 Boyd St
Des Moines IA  50316

Basis of Pay:          Hourly

| | | | | |
|---|---|---|---|---|
| Total Work Hours for Pay Period | | | | 77.14 |
| Federal overtime premium | 10.62 | 0.41 | 4.35 | 24.53 |

Principal Workforce, LLC
711 High Street
Des Moines, IA 50392-2310

Check Date:05/08/2026

Phone  866-524-6947

T H I S   I S   N O T   A   C H E C K !!!          N O N - N E G O T I A B L E

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | Amount |
|---|---|---|---|---|
| Ashley R Joynes | | | | |

 **Principal**®

EARNINGS STATEMENT

| | |
|---|---|
| EMP # | |
| 40073797 | |
| Cost Center: C507000 | |

| | |
|---|---|
| Period Beginning: | 04/18/2026 |
| Period Ending: | 05/01/2026 |
| Check Date: | 05/08/2026 |
| Pers. No | 10020891 |

Ashley R Joynes
1304 Boyd St
Des Moines IA 50316

Basis of Pay: Hourly

## Earnings

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Pay | 21.24 | 76.74 | 1,629.96 | 11,920.30 |
| OT 1.0 FLSA | 21.24 | 0.40 | 8.50 | 48.86 |
| OT Prem 0.5(FLSA | 10.62 | 0.40 | 4.25 | 24.43 |
| II-Awards GU Tax | | | | 37.69 |
| PrinPay APY | | | | 1,274.96 |
| Holiday Pay | | | | 679.68 |
| PTO - Non-exempt | 21.24 | 5.71 | 121.28 | 1,306.67 |
| STDC - 100% | | | | 1,019.52 |
| Gross Pay | | | 1,763.99 | 16,312.11 |

| Tax Deductions: Federal | | |
|---|---|---|
| Withholding Tax | 122.43- | 769.34- |
| EE Social Security Tax | 104.97- | 972.04- |
| EE Medicare Tax | 24.55- | 227.33- |
| Tax Deductions: Iowa | | |
| Withholding Tax | 46.04- | 303.68- |

| Additional Deductions | | |
|---|---|---|
| *Std Medical EE pre-tax | 54.71- | 547.10- |
| *Dental EE pre-tax | 6.59- | 65.90- |
| *Vision EE pre-tax | 10.14- | 101.40- |
| *401K EE Inc | | 114.75- |
| *401K EE Salary | | 939.19- |
| Legal ID Theft | 7.00- | 70.00- |
| Accident Insurance | 3.13- | 31.30- |
| Hospital Indemnity | 4.69- | 46.90- |
| 401k Loan 2 Ded | | 270.00- |
| 401k Loan 3 Ded | 69.21- | 138.42- |
| Garnish: Creditor | 366.50- | 1,352.22- |

| Total Net Pay | 944.03 | 10,362.54 |
|---|---|---|

## Other Benefits and Information

| | This Period | Year-to-Date |
|---|---|---|
| II-Awards GU Net | | 75.00 |
| Dental Employer | 12.62 | 126.20 |
| 401K ER NC | | 512.28 |
| 401K ER Inc NC | | 76.50 |
| Life Ins Imp Inc | 0.53 | 5.30 |
| Std Med ER | 268.59 | 2,685.90 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 175.00 |
| Direct Deposit | 769.03 |

Your federal taxable wages 1,693.08

*Excluded from Federal Taxable Wages

---

Principal Workforce, LLC
711 High Street
Des Moines, IA 50392-2310

Check Date: 05/08/2026

Phone 866-524-6947

THIS IS NOT A CHECK!!!

NON - NEGOTIABLE

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Ashley R Joynes | Bank transfer | XXXXX3364858 | 031101279 | USD | 175.00 |
| | Bank transfer | XXXXX078427 | 273976369 | USD | 769.03 |



**EMP #**
40073797
Cost Center: C507000

| Period Beginning: | 04/04/2026 |
|---|---|
| Period Ending: | 04/17/2026 |
| Check Date: | 04/24/2026 |
| Pers. No | 10020891 |

Ashley R Joynes
1304 Boyd St
Des Moines IA  50316

Basis of Pay:          Hourly

| | |
|---|---|
| Total Work Hours for Pay Period | 72.99 |
| Federal overtime premium | 20.18 |

Principal Workforce, LLC
711 High Street
Des Moines, IA 50392-2310

Check Date:04/24/2026

Phone  866-524-6947

THIS IS NOT A CHECK!!!

NON - NEGOTIABLE

Deposited to the account of:     Payment Type     Account No.   Bank/Check No.               Amount

Ashley R Joynes



EARNINGS STATEMENT

| EMP # | |
|---|---|
| 40073797 | |
| Cost Center: C507000 | |

| | |
|---|---|
| Period Beginning: | 04/04/2026 |
| Period Ending: | 04/17/2026 |
| Check Date: | 04/24/2026 |
| Pers. No | 10020891 |

Ashley R Joynes
1304 Boyd St
Des Moines IA 50316

Basis of Pay: Hourly

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Pay | 21.24 | 72.99 | 1,550.30 | 10,290.34 |
| OT 1.0_FLSA | | | | 40.36 |
| OT Prem 0.5(FLSA | | | | 20.18 |
| II-Awards GU Tax | | | | 37.69 |
| PrinPay APY | | | | 1,274.96 |
| Holiday Pay | | | | 679.68 |
| PTO - Non-exempt | 21.24 | 7.10 | 150.80 | 1,185.39 |
| STDC - 100% | | | | 1,019.52 |
| Gross Pay | | | 1,701.10 | 14,548.12 |

Tax Deductions: Federal
| | | |
|---|---|---|
| Withholding Tax | 114.88- | 646.91- |
| EE Social Security Tax | 101.08- | 867.07- |
| EE Medicare Tax | 23.64- | 202.78- |

Tax Deductions: Iowa
| | | |
|---|---|---|
| Withholding Tax | 43.65- | 257.64- |

Additional Deductions
| | | |
|---|---|---|
| *Std Medical EE pre-tax | 54.71- | 492.39- |
| *Dental EE pre-tax | 6.59- | 59.31- |
| *Vision EE pre-tax | 10.14- | 91.26- |
| *401K EE Inc | | 114.75- |
| *401K EE Salary | | 939.19- |
| Legal ID Theft | 7.00- | 63.00- |
| Accident Insurance | 3.13- | 28.17- |
| Hospital Indemnity | 4.69- | 42.21- |
| 401k Loan 2 Ded | | 270.00- |
| 401k Loan 3 Ded | 69.21- | 69.21- |
| Garnish: Creditor | 354.46- | 985.72- |

| Total Net Pay | 907.92 | 9,418.51 |
|---|---|---|

Other Benefits and Information

| | This Period | Year-to-Date |
|---|---|---|
| II-Awards GU Net | | 75.00 |
| Dental Employer | 12.62 | 113.58 |
| 401K ER NC | | 512.28 |
| 401K ER Inc NC | | 76.50 |
| Life Ins Imp Inc | 0.53 | 4.77 |
| Std Med ER | 268.59 | 2,417.31 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 175.00 |
| Direct Deposit | 732.92 |

Your federal taxable wages     1,630.19

*Excluded from Federal Taxable Wages

Principal Workforce, LLC
711 High Street
Des Moines, IA 50392-2310

Check Date:04/24/2026

Phone 866-524-6947

THIS IS NOT A CHECK!!!                NON - NEGOTIABLE

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Ashley R Joynes | Bank transfer | XXXXX3364858 | 031101279 | USD | 175.00 |
| | Bank transfer | XXXXX078427 | 273976369 | USD | 732.92 |



THIS IS NOT A CHECK!!!

**EARNINGS STATEMENT**

| | |
|---|---|
| **EMP #** | |
| 40073797 | |
| Cost Center: C507000 | |

| | |
|---|---|
| Period Beginning: | 03/21/2026 |
| Period Ending: | 04/03/2026 |
| Check Date: | 04/10/2026 |
| Pers. No | 10020891 |

Ashley R Joynes
1304 Boyd St
Des Moines IA 50316

Basis of Pay: Hourly

| | |
|---|---|
| Total Work Hours for Pay Period | 49.84 |
| Federal overtime premium | 20.18 |

Principal Workforce, LLC
711 High Street
Des Moines, IA 50392-2310

Check Date: 04/10/2026

Phone 866-524-6947

THIS IS NOT A CHECK!!!

NON - NEGOTIABLE

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | Amount |
|---|---|---|---|---|
| Ashley R Joynes | | | | |



| EMP #<br>40073797<br>Cost Center: C507000 | | EARNINGS STATEMENT |
|---|---|---|

| Period Beginning: | 03/21/2026 |
|---|---|
| Period Ending: | 04/03/2026 |
| Check Date: | 04/10/2026 |
| Pers. No | 10020891 |

Ashley R Joynes
1304 Boyd St
Des Moines IA 50316

Basis of Pay: Hourly

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Pay | 21.24 | 49.84 | 1,058.60 | 8,740.04 |
| OT 1.0_FLSA | | | | 40.36 |
| OT Prem 0.5(FLSA | | | | 20.18 |
| II-Awards GU Tax | | | | 37.69 |
| PrinPay APY | | | | 1,274.96 |
| Holiday Pay | 21.24 | 8.00 | 169.92 | 679.68 |
| PTO - Non-exempt | 21.24 | 5.31 | 112.78 | 1,034.59 |
| STDC - 100% | | | | 1,019.52 |
| Gross Pay | | | 1,341.30 | 12,847.02 |

| Tax Deductions: Federal | | |
|---|---|---|
| Withholding Tax | 71.71- | 532.03- |
| EE Social Security Tax | 78.76- | 765.99- |
| EE Medicare Tax | 18.42- | 179.14- |
| Tax Deductions: Iowa | | |
| Withholding Tax | 29.98- | 213.99- |

| Additional Deductions | | |
|---|---|---|
| *Std Medical EE pre-tax | 54.71- | 437.68- |
| *Dental EE pre-tax | 6.59- | 52.72- |
| *Vision EE pre-tax | 10.14- | 81.12- |
| *401K EE Inc | | 114.75- |
| *401K EE Salary | | 939.19- |
| Legal ID Theft | 7.00- | 56.00- |
| Accident Insurance | 3.13- | 25.04- |
| Hospital Indemnity | 4.69- | 37.52- |
| 401k Loan 2 Ded | | 270.00- |
| Garnish: Creditor | 285.61- | 631.26- |
| Total Net Pay | 770.56 | 8,510.59 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| II-Awards GU Net | | 75.00 |
| Dental Employer | 12.62 | 100.96 |
| 401K ER NC | | 512.28 |
| 401K ER Inc NC | | 76.50 |
| Life Ins Imp Inc | 0.53 | 4.24 |
| Std Med ER | 268.59 | 2,148.72 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 175.00 |
| Direct Deposit | 595.56 |

Your federal taxable wages 1,270.39

*Excluded from Federal Taxable Wages

Principal Workforce, LLC
711 High Street
Des Moines, IA 50392-2310

Check Date: 04/10/2026

Phone 866-524-6947

THIS IS NOT A CHECK!!!                    NON - NEGOTIABLE

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Ashley R Joynes | Bank transfer | XXXXX3364858 | 031101279 | USD | 175.00 |
| | Bank transfer | XXXXX078427 | 273976369 | USD | 595.56 |



THIS IS NOT A CHECK!!!

| EMP # | | EARNINGS STATEMENT |
|---|---|---|
| 40073797 | | |
| Cost Center: C507000 | | |

| Period Beginning: | 03/07/2026 |
|---|---|
| Period Ending: | 03/20/2026 |
| Check Date: | 03/27/2026 |
| Pers. No | 10020891 |

Ashley R Joynes
1304 Boyd St
Des Moines IA  50316

Basis of Pay:          Hourly

---
Total Work Hours for Pay Period                71.52
Federal overtime premium   10.62    1.90    20.18    20.18
---

Principal Workforce, LLC
711 High Street
Des Moines, IA 50392-2310

Check Date: 03/27/2026

Phone  866-524-6947

T H I S   I S   N O T   A   C H E C K ! ! !          N O N - N E G O T I A B L E

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | Amount |
|---|---|---|---|---|
| Ashley R Joynes | | | | |



EARNINGS STATEMENT

| Period Beginning: | 03/07/2026 |
|---|---|
| Period Ending: | 03/20/2026 |
| Check Date: | 03/27/2026 |
| Pers. No | 10020891 |

Ashley R Joynes
1304 Boyd St
Des Moines IA 50316

Basis of Pay:        Hourly

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Pay | 21.24 | 71.52 | 1,519.08 | 7,681.44 |
| OT 1.0_FLSA | | | | 40.36 |
| OT Prem 0.5(FLSA | | | | 20.18 |
| II-Awards GU Tax | | | | 37.69 |
| PrinPay APY | | | | 1,274.96 |
| Holiday Pay | | | | 509.76 |
| PTO - Non-exempt | 21.24 | 6.40 | 135.93 | 921.81 |
| STDC - 100% | | | | 1,019.52 |
| Gross Pay | | | 1,655.01 | 11,505.72 |

Tax Deductions: Federal

| | | |
|---|---|---|
| Withholding Tax | 109.35- | 460.32- |
| EE Social Security Tax | 98.21- | 687.23- |
| EE Medicare Tax | 22.97- | 160.72- |

Tax Deductions: Iowa

| | | |
|---|---|---|
| Withholding Tax | 41.90- | 184.01- |

Additional Deductions
---------- ----------

| | | |
|---|---|---|
| *Std Medical EE pre-tax | 54.71- | 382.97- |
| *Dental EE pre-tax | 6.59- | 46.13- |
| *Vision EE pre-tax | 10.14- | 70.98- |
| *401K EE Inc | | 114.75- |
| *401K EE Salary | | 939.19- |
| Legal ID Theft | 7.00- | 49.00- |
| Accident Insurance | 3.13- | 21.91- |
| Hospital Indemnity | 4.69- | 32.83- |
| 401k Loan 2 Ded | | 270.00- |
| Garnish: Creditor | 345.65- | 345.65- |
| Total Net Pay | 950.67 | 7,740.03 |

Other Benefits and Information

| | This Period | Year-to-Date |
|---|---|---|
| II-Awards GU Net | | 75.00 |
| Dental Employer | 12.62 | 88.34 |
| 401K ER NC | | 512.28 |
| 401K ER Inc NC | | 76.50 |
| Life Ins Imp Inc | 0.53 | 3.71 |
| Std Med ER | 268.59 | 1,880.13 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 175.00 |
| Direct Deposit | 775.67 |

Your federal taxable wages        1,584.10

*Excluded from Federal Taxable Wages

Principal Workforce, LLC
711 High Street
Des Moines, IA 50392-2310

Check Date:03/27/2026

Phone  866-524-6947

THIS IS NOT A CHECK!!!                    NON - NEGOTIABLE

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Ashley R Joynes | Bank transfer | XXXXX3364858 | 031101279 | USD | 175.00 |
| | Bank transfer | XXXXX078427 | 273976369 | USD | 775.67 |



| EMP # 40073797 | EARNINGS STATEMENT |
| Cost Center: C507000 | |

| Period Beginning: | 02/21/2026 |
| Period Ending: | 03/06/2026 |
| Check Date: | 03/13/2026 |
| Pers. No | 10020891 |

Ashley R Joynes
1304 Boyd St
Des Moines IA  50316

Basis of Pay:          Hourly

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Pay | 21.24 | 58.00 | 1,231.92 | 6,162.36 |
| OT 1.0_FLSA | | | | 40.36 |
| OT Prem 0.5(FLSA | | | | 20.18 |
| II-Awards GU Tax | | | | 37.69 |
| PrinPay APY | | | 1,274.96 | 1,274.96 |
| Holiday Pay | | | | 509.76 |
| PTO - Non-exempt | 21.24 | 6.00 | 127.44 | 785.88 |
| STDC - 100% | | | | 1,019.52 |
| Gross Pay | | | 2,634.32 | 9,850.71 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| II-Awards GU Net | | 75.00 |
| Dental Employer | 12.62 | 75.72 |
| 401K ER NC | 81.56 | 512.28 |
| 401K ER Inc NC | 76.50 | 76.50 |
| Life Ins Imp Inc | 0.53 | 3.18 |
| Std Med ER | 268.59 | 1,611.54 |

| Payment Method | | Amount |
|---|---|---|
| Direct Deposit | | 175.00 |
| Direct Deposit | | 1,867.67 |

Tax Deductions: Federal

| | | |
|---|---|---|
| Withholding Tax | | 350.97- |
| EE Social Security Tax | 158.94- | 589.02- |
| EE Medicare Tax | 37.17- | 137.75- |

Tax Deductions: Iowa

| | | |
|---|---|---|
| Withholding Tax | | 142.11- |

Additional Deductions

| | | |
|---|---|---|
| *Std Medical EE pre-tax | 54.71- | 328.26- |
| *Dental EE pre-tax | 6.59- | 39.54- |
| *Vision EE pre-tax | 10.14- | 60.84- |
| *401K EE Inc | 114.75- | 114.75- |
| *401K EE Salary | 149.53- | 939.19- |
| Legal ID Theft | 7.00- | 42.00- |
| Accident Insurance | 3.13- | 18.78- |
| Hospital Indemnity | 4.69- | 28.14- |
| 401k Loan 2 Ded | 45.00- | 270.00- |
| Total Net Pay | 2,042.67 | 6,789.36 |

Total Work Hours for Pay Period          58.00

Your federal taxable wages          2,299.13

*Excluded from Federal Taxable Wages

| Principal Workforce, LLC | |
| 711 High Street | |
| Des Moines, IA 50392-2310 | Check Date:03/13/2026 |

Phone  866-524-6947

THIS  IS  NOT  A  CHECK!!!                    NON - NEGOTIABLE

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Ashley R Joynes | Bank transfer | XXXXX3364858 | 031101279 | USD | 175.00 |
| | Bank transfer | XXXXX078427 | 273976369 | USD | 1,867.67 |



| EMP # | | EARNINGS STATEMENT |
|---|---|---|

EMP #
40073797
Cost Center: C507000

| | |
|---|---|
| Period Beginning: | 02/07/2026 |
| Period Ending: | 02/20/2026 |
| Check Date: | 02/27/2026 |
| Pers. No | 10020891 |

Basis of Pay:        Hourly

Ashley R Joynes
1304 Boyd St
Des Moines IA  50316

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Pay | 21.24 | 71.09 | 1,509.95 | 4,930.44 |
| OT 1.0_FLSA | | | | 40.36 |
| OT Prem 0.5(FLSA | | | | 20.18 |
| II-Awards GU Tax | | | 37.69 | 37.69 |
| Holiday Pay | | | | 509.76 |
| PTO - Non-exempt | 21.24 | 8.10 | 172.04 | 658.44 |
| STDC - 100% | | | | 1,019.52 |
| Gross Pay | | | 1,719.68 | 7,216.39 |

Tax Deductions: Federal
| | | |
|---|---|---|
| Withholding Tax | 115.18- | 350.97- |
| EE Social Security Tax | 106.87- | 430.08- |
| EE Medicare Tax | 24.99- | 100.58- |

Tax Deductions: Iowa
| | | |
|---|---|---|
| Withholding Tax | 40.17- | 142.11- |

Additional Deductions
---------- ----------
| | | |
|---|---|---|
| *Std Medical EE pre-tax | 54.71- | 273.55- |
| *Dental EE pre-tax | 6.59- | 32.95- |
| *Vision EE pre-tax | 10.14- | 50.70- |
| *401K EE Salary | 185.02- | 789.66- |
| Legal ID Theft | 7.00- | 35.00- |
| Accident Insurance | 3.13- | 15.65- |
| Hospital Indemnity | 4.69- | 23.45- |
| 401k Loan 2 Ded | 45.00- | 225.00- |

| | | |
|---|---|---|
| Total Net Pay | 1,116.19 | 4,746.69 |

| | |
|---|---|
| Total Work Hours for Pay Period | 71.09 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| II-Awards GU Net | 75.00 | 75.00 |
| Dental Employer | 12.62 | 63.10 |
| 401K ER NC | 100.92 | 430.72 |
| Life Ins Imp Inc | 0.53 | 2.65 |
| Std Med ER | 268.59 | 1,342.95 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 175.00 |
| Direct Deposit | 941.19 |

Your federal taxable wages     1,538.75

*Excluded from Federal Taxable Wages

Principal Workforce, LLC
711 High Street
Des Moines, IA 50392-2310        Check Date:02/27/2026

Phone  866-524-6947

THIS  IS  NOT  A  CHECK!!!        NON - NEGOTIABLE

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Ashley R Joynes | Bank transfer | XXXXX3364858 | 031101279 | USD | 175.00 |
| | Bank transfer | XXXXX078427 | 273976369 | USD | 941.19 |



| EMP # |
|---|
| 40073797 |
| Cost Center: C507000 |

| Period Beginning: | 01/24/2026 |
|---|---|
| Period Ending: | 02/06/2026 |
| Check Date: | 02/13/2026 |
| Pers. No | 10020891 |

Ashley R Joynes
1304 Boyd St
Des Moines IA   50316

Basis of Pay:          Hourly

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Pay | 21.24 | 50.40 | 1,070.50 | 3,420.49 |
| OT 1.0_FLSA | | | | 40.36 |
| OT Prem 0.5(FLSA | | | | 20.18 |
| Holiday Pay | | | | 509.76 |
| PTO - Non-exempt | 21.24 | 13.60 | 288.87 | 486.40 |
| STDC - 100% | | | | 1,019.52 |
| Gross Pay | | | 1,359.37 | 5,496.71 |

| Tax Deductions: Federal | | |
|---|---|---|
| Withholding Tax | 55.93- | 235.79- |
| EE Social Security Tax | 79.88- | 323.21- |
| EE Medicare Tax | 18.68- | 75.59- |
| Tax Deductions: Iowa | | |
| Withholding Tax | 24.98- | 101.94- |

| Additional Deductions | | |
|---|---|---|
| *Std Medical EE pre-tax | 54.71- | 218.84- |
| *Dental EE pre-tax | 6.59- | 26.36- |
| *Vision EE pre-tax | 10.14- | 40.56- |
| *401K EE Salary | 149.53- | 604.64- |
| Legal ID Theft | 7.00- | 28.00- |
| Accident Insurance | 3.13- | 12.52- |
| Hospital Indemnity | 4.69- | 18.76- |
| 401k Loan 2 Ded | 45.00- | 180.00- |
| Total Net Pay | 899.11 | 3,630.50 |

| Total Work Hours for Pay Period | 50.40 |
|---|---|

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Dental Employer | 12.62 | 50.48 |
| 401K ER NC | 81.56 | 329.80 |
| Life Ins Imp Inc | 0.53 | 2.12 |
| Std Med ER | 268.59 | 1,074.36 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 175.00 |
| Direct Deposit | 724.11 |

Your federal taxable wages          1,138.93

*Excluded from Federal Taxable Wages

Principal Workforce, LLC
711 High Street
Des Moines, IA 50392-2310

Check Date: 02/13/2026

Phone   866-524-6947

**T H I S   I S   N O T   A   C H E C K !!!**          **N O N - N E G O T I A B L E**

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Ashley R Joynes | Bank transfer | XXXXX3364858 | 031101279 | USD | 175.00 |
| | Bank transfer | XXXXX078427 | 273976369 | USD | 724.11 |



EMP # 40073797
Cost Center: C507000

EARNINGS STATEMENT

| | |
|---|---|
| Period Beginning: | 01/10/2026 |
| Period Ending: | 01/23/2026 |
| Check Date: | 01/30/2026 |
| Pers. No | 10020891 |

Ashley R Joynes
1304 Boyd St
Des Moines IA 50316

Basis of Pay: Hourly

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Pay | | | | 2,349.99 |
| OT 1.0 FLSA | | | | 40.36 |
| OT Prem 0.5(FLSA | | | | 20.18 |
| Holiday Pay | | | | 509.76 |
| PTO - Non-exempt | 21.24 | 8.00 | 169.92 | 197.53 |
| STDC - 100% | 21.24 | 48.00 | 1,019.52 | 1,019.52 |
| Gross Pay | | | 1,189.44 | 4,137.34 |

| Tax Deductions: Federal | | |
|---|---|---|
| Withholding Tax | 39.14- | 179.86- |
| EE Social Security Tax | 69.35- | 243.33- |
| EE Medicare Tax | 16.22- | 56.91- |
| Tax Deductions: Iowa | | |
| Withholding Tax | 19.24- | 76.96- |

| Additional Deductions | | |
|---|---|---|
| *Std Medical EE pre-tax | 54.71- | 164.13- |
| *Dental EE pre-tax | 6.59- | 19.77- |
| *Vision EE pre-tax | 10.14- | 30.42- |
| *401K EE Salary | 130.84- | 455.11- |
| Legal ID Theft | 7.00- | 21.00- |
| Accident Insurance | 3.13- | 9.39- |
| Hospital Indemnity | 4.69- | 14.07- |
| 401k Loan 2 Ded | 45.00- | 135.00- |

| Total Net Pay | 783.39 | 2,731.39 |
|---|---|---|

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Dental Employer | 12.62 | 37.86 |
| 401K ER NC | 71.37 | 248.24 |
| Life Ins Imp Inc | 0.53 | 1.59 |
| Std Med ER | 268.59 | 805.77 |

| Payment Method | | Amount |
|---|---|---|
| Direct Deposit | | 175.00 |
| Direct Deposit | | 608.39 |

Your federal taxable wages          987.69

*Excluded from Federal Taxable Wages

Principal Workforce, LLC
711 High Street
Des Moines, IA 50392-2310

Check Date: 01/30/2026

Phone 866-524-6947

THIS IS NOT A CHECK!!!

NON - NEGOTIABLE

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Ashley R Joynes | Bank transfer | XXXXX3364858 | 031101279 | USD | 175.00 |
| | Bank transfer | XXXXX078427 | 273976369 | USD | 608.39 |



| EMP # | | | | EARNINGS STATEMENT |
|---|---|---|---|---|
| 40073797 | | | | |

Cost Center: C507000

Period Beginning:  12/27/2025
Period Ending:     01/09/2026
Check Date:        01/16/2026
Pers. No           10020891

Ashley R Joynes
1304 Boyd St
Des Moines IA  50316

Basis of Pay:          Hourly

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Pay | 21.24 | 40.00 | 849.60 | 2,349.99 |
| OT 1.0_FLSA | | | | 40.36 |
| OT Prem 0.5(FLSA | | | | 20.18 |
| Holiday Pay | 21.24 | 8.00 | 169.92 | 509.76 |
| PTO - Non-exempt | | | | 27.61 |
| Gross Pay | | | 1,019.52 | 2,947.90 |

Tax Deductions: Federal

| | Amount | Year-To-Date |
|---|---|---|
| Withholding Tax | 24.02- | 140.72- |
| EE Social Security Tax | 58.82- | 173.98- |
| EE Medicare Tax | 13.76- | 40.69- |

Tax Deductions: Iowa

| | Amount | Year-To-Date |
|---|---|---|
| Withholding Tax | 13.49- | 57.72- |

Additional Deductions

| | Amount | Year-To-Date |
|---|---|---|
| *Std Medical EE pre-tax | 54.71- | 109.42- |
| *Dental EE pre-tax | 6.59- | 13.18- |
| *Vision EE pre-tax | 10.14- | 20.28- |
| *401K EE Salary | 112.15- | 324.27- |
| Legal ID Theft | 7.00- | 14.00- |
| Accident Insurance | 3.13- | 6.26- |
| Hospital Indemnity | 4.69- | 9.38- |
| 401k Loan 2 Ded | 45.00- | 90.00- |
| Total Net Pay | 666.02 | 1,948.00 |

| | | |
|---|---|---|
| Total Work Hours for Pay Period | | 40.00 |

Other Benefits and Information

| | This Period | Year-to-Date |
|---|---|---|
| Dental Employer | 12.62 | 25.24 |
| 401K ER NC | 61.17 | 176.87 |
| Life Ins Imp Inc | 0.53 | 1.06 |
| Std Med ER | 268.59 | 537.18 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 175.00 |
| Direct Deposit | 491.02 |

Your federal taxable wages         836.46

*Excluded from Federal Taxable Wages

Principal Workforce, LLC
711 High Street
Des Moines, IA 50392-2310                  Check Date:01/16/2026

Phone  866-524-6947

THIS IS NOT A CHECK!!!                     NON - NEGOTIABLE

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Ashley R Joynes | Bank transfer | XXXXX3364858 | 031101279 | USD | 175.00 |
| | Bank transfer | XXXXX078427 | 273976369 | USD | 491.02 |



| EMP #<br>40073797<br>Cost Center: C507000 | | | EARNINGS STATEMENT |
|---|---|---|---|

Ashley R Joynes
1304 Boyd St
Des Moines IA 50316

Basis of Pay: Hourly

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Pay | 21.24 | 70.64 | 1,500.39 | 1,500.39 |
| OT 1.0_FLSA | 21.24 | 1.90 | 40.36 | 40.36 |
| OT Prem 0.5(FLSA | 10.62 | 1.90 | 20.18 | 20.18 |
| Holiday Pay | 21.24 | 16.00 | 339.84 | 339.84 |
| PTO - Non-exempt | 21.24 | 1.30 | 27.61 | 27.61 |
| Gross Pay | | | 1,928.38 | 1,928.38 |

Tax Deductions: Federal

| | | |
|---|---|---|
| Withholding Tax | 116.70- | 116.70- |
| EE Social Security Tax | 115.16- | 115.16- |
| EE Medicare Tax | 26.93- | 26.93- |

Tax Deductions: Iowa

| | | |
|---|---|---|
| Withholding Tax | 44.23- | 44.23- |

Additional Deductions
---------- ----------

| | | |
|---|---|---|
| *Std Medical EE pre-tax | 54.71- | 54.71- |
| *Dental EE pre-tax | 6.59- | 6.59- |
| *Vision EE pre-tax | 10.14- | 10.14- |
| *401K EE Salary | 212.12- | 212.12- |
| Legal ID Theft | 7.00- | 7.00- |
| Accident Insurance | 3.13- | 3.13- |
| Hospital Indemnity | 4.69- | 4.69- |
| 401k Loan 2 Ded | 45.00- | 45.00- |
| Total Net Pay | 1,281.98 | 1,281.98 |

| | |
|---|---|
| Total Work Hours for Pay Period | 72.54 |

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Dental Employer | 12.62 | 12.62 |
| 401K ER NC | 115.70 | 115.70 |
| Life Ins Imp Inc | 0.53 | 0.53 |
| Std Med ER | 268.59 | 268.59 |

| Payment Method | | Amount |
|---|---|---|
| Direct Deposit | | 175.00 |
| Direct Deposit | | 1,106.98 |

Your federal taxable wages 1,645.35

*Excluded from Federal Taxable Wages

---

Principal Workforce, LLC
711 High Street
Des Moines, IA 50392-2310

Check Date:01/02/2026

Phone 866-524-6947

THIS IS NOT A CHECK!!!     NON - NEGOTIABLE

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Ashley R Joynes | Bank transfer | XXXXX3364858 | 031101279 | USD | 175.00 |
| | Bank transfer | XXXXX078427 | 273976369 | USD | 1,106.98 |



EMP #
40073797
Cost Center: C507000

| Period Beginning: | 11/29/2025 |
|---|---|
| Period Ending: | 12/12/2025 |
| Check Date: | 12/19/2025 |
| Pers. No | 10020891 |

Ashley R Joynes
1304 Boyd St
Des Moines IA  50316

Basis of Pay:            Hourly

Total Work Hours for Pay Period                      67.18

Principal Workforce, LLC
711 High Street
Des Moines, IA 50392-2310

Check Date:12/19/2025

Phone  866-524-6947

T H I S   I S   N O T   A   C H E C K !!!                      N O N  -  N E G O T I A B L E

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | Amount |
|---|---|---|---|---|
| Ashley R Joynes | | | | |

 **Principal®**

EMP #
40073797
Cost Center: C507000

**EARNINGS STATEMENT**

| | |
|---|---|
| Period Beginning: | 11/29/2025 |
| Period Ending: | 12/12/2025 |
| Check Date: | 12/19/2025 |
| Pers. No | 10020891 |

Ashley R Joynes
1304 Boyd St
Des Moines IA  50316

Basis of Pay:            Hourly

## Earnings

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Pay | 21.24 | 64.53 | 1,370.62 | 34,664.74 |
| OT 1.0_FLSA | 21.24 | 2.65 | 56.29 | 377.44 |
| Holiday Worked | | | | 315.41 |
| OT Prem 0.5(FLSA | 10.62 | 2.65 | 28.14 | 191.48 |
| PrinPay APY | | | | 1,620.66 |
| Holiday Pay | | | | 1,869.12 |
| PTO - Non-exempt | 21.24 | 6.20 | 131.69 | 3,445.77 |
| Gross Pay | | | 1,586.74 | 42,484.62 |

Tax Deductions: Federal

| | | |
|---|---|---|
| Withholding Tax | 83.07- | 2,721.10- |
| EE Social Security Tax | 94.25- | 2,526.70- |
| EE Medicare Tax | 22.04- | 590.92- |

Tax Deductions: Iowa

| | | |
|---|---|---|
| Withholding Tax | 33.59- | 1,009.32- |

Additional Deductions

| | | |
|---|---|---|
| *Std Medical EE pre-tax | 50.20- | 1,305.20- |
| *Dental EE pre-tax | 6.41- | 166.66- |
| *Vision EE pre-tax | 10.53- | 273.78- |
| *401K EE Inc | | 145.86- |
| *401K EE Salary | 174.54- | 2,255.79- |
| Legal ID Theft | 7.27- | 189.02- |
| Pet Insurance | 49.27- | 1,281.02- |
| Hospital Indemnity | 4.87- | 126.62- |
| 401k Loan 2 Ded | 45.00- | 1,170.00- |
| ACH/Bank Wire for Net | 384.35- | 384.35- |
| Garnish: Creditor | | 1,214.63- |
| Garnish:  Creditor Refund | 384.35 | 384.35 |
| Total Net Pay | 1,005.70 | 27,508.00 |

## Other Benefits and Information

| | This Period | Year-to-Date |
|---|---|---|
| Dental Employer | 13.01 | 338.26 |
| 401K ER NC | 95.20 | 1,303.32 |
| 401K ER Inc NC | | 97.24 |
| Life Ins Imp Inc | 0.55 | 14.30 |
| Std Med ER | 235.16 | 6,114.16 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 175.00 |
| Direct Deposit | 830.70 |

Your federal taxable wages    1,345.61

*Excluded from Federal Taxable Wages

Principal Workforce, LLC
711 High Street
Des Moines, IA 50392-2310

Check Date:12/19/2025

Phone  866-524-6947

**THIS IS NOT A CHECK!!!**                    **NON - NEGOTIABLE**

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Ashley R Joynes | Bank transfer | XXXXX3364858 | 031101279 | USD | 175.00 |
| | Bank transfer | XXXXX078427 | 273976369 | USD | 830.70 |



EMP #
40073797
Cost Center: C507000

**EARNINGS STATEMENT**

| | |
|---|---|
| Period Beginning: | 11/15/2025 |
| Period Ending: | 11/28/2025 |
| Check Date: | 12/05/2025 |
| Pers. No | 10020891 |

Ashley R Joynes
1304 Boyd St
Des Moines IA 50316

Basis of Pay: Hourly

| Earnings | Rate | Hours/Units | Amount | Year-To-Date |
|---|---|---|---|---|
| Regular Pay | 21.24 | 55.49 | 1,178.61 | 33,294.12 |
| OT 1.0 FLSA | 21.24 | 5.37 | 114.06 | 321.15 |
| Holiday Worked | | | | 315.41 |
| OT Prem 0.5(FLSA | 10.62 | 5.37 | 57.03 | 163.34 |
| PrinPay APY | | | | 1,620.66 |
| Holiday Pay | 21.24 | 16.00 | 339.84 | 1,869.12 |
| PTO - Non-exempt | 21.24 | 6.20 | 131.69 | 3,314.08 |
| Gross Pay | | | 1,821.23 | 40,897.88 |

| Tax Deductions: Federal | | |
|---|---|---|
| Withholding Tax | 108.11- | 2,638.03- |
| EE Social Security Tax | 108.78- | 2,432.45- |
| EE Medicare Tax | 25.44- | 568.88- |
| Tax Deductions: Iowa | | |
| Withholding Tax | 41.52- | 975.73- |

| Additional Deductions | | |
|---|---|---|
| *Std Medical EE pre-tax | 50.20- | 1,255.00- |
| *Dental EE pre-tax | 6.41- | 160.25- |
| *Vision EE pre-tax | 10.53- | 263.25- |
| *401K EE Inc | | 145.86- |
| *401K EE Salary | 200.34- | 2,081.25- |
| Legal ID Theft | 7.27- | 181.75- |
| Pet Insurance | 49.27- | 1,231.75- |
| Hospital Indemnity | 4.87- | 121.75- |
| 401k Loan 2 Ded | 45.00- | 1,125.00- |
| Garnish: Creditor | 384.35- | 1,214.63- |
| Total Net Pay | 779.14 | 26,502.30 |

| Total Work Hours for Pay Period | 60.86 |
|---|---|

| Other Benefits and Information | This Period | Year-to-Date |
|---|---|---|
| Dental Employer | 13.01 | 325.25 |
| 401K ER NC | 109.27 | 1,208.12 |
| 401K ER Inc NC | | 97.24 |
| Life Ins Imp Inc | 0.55 | 13.75 |
| Std Med ER | 235.16 | 5,879.00 |

| Payment Method | Amount |
|---|---|
| Direct Deposit | 175.00 |
| Direct Deposit | 604.14 |

Your federal taxable wages       1,554.30

*Excluded from Federal Taxable Wages

---

Principal Workforce, LLC
711 High Street
Des Moines, IA 50392-2310

Check Date:12/05/2025

Phone 866-524-6947

THIS IS NOT A CHECK!!!                    NON - NEGOTIABLE

| Deposited to the account of: | Payment Type | Account No. | Bank/Check No. | | Amount |
|---|---|---|---|---|---|
| Ashley R Joynes | Bank transfer | XXXXX3364858 | 031101279 | USD | 175.00 |
| | Bank transfer | XXXXX078427 | 273976369 | USD | 604.14 |