United States Bankruptcy Court

Southern District of Iowa

In re:      Case No. 26-00955-lmj

Ashley R Joynes      Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0863-4      User: CraigCeyn      Page 1 of 2

Date Rcvd: Jun 02, 2026      Form ID: 5309A      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Ashley R Joynes, 1304 Boyd St, Des Moines, IA 50316-1452 |
| 802747209 | + | AT&T Internet Air, 2270 Lakeside Blvd, Richardson, TX 75082-4304 |
| 802747215 | + | Des Moines Water Workd, 2201 George Flagg Parkway, Des Moines, IA 50321-1190 |
| 802747216 | + | EZ Money, 2861 Capehart Rd, Suite F, Bellevue, NE 68123-1786 |
| 802747219 | + | Greenstate Credit Union, PO Box 10183, North Central Legal Solutions PC, Cedar Rapids, IA 52410-0183 |
| 802747222 | + | Just Loans, 155 E Campbell Ave, Campbell, CA 95008-2063 |
| 802747227 | + | MM Finance dba E-Z Money Check Cashing, 2861 Capehart Rd Ste F, c/o Ad Hoc Law LLC, Bellevue, NE 68123-1786 |
| 802747226 | + | MM Finance dba E-Z Money Check Cashing, 717 N Ankeny Blvd, Ankeny, IA 50023-1701 |
| 802747225 | + | Midland Credit Union, 535 E Army Post Rd, c/o Phil Watson PC, Des Moines, IA 50315-5981 |
| 802747228 | + | Optimum Real Estate Management dba Artisan Ma, 808 13th St, c/o McCormick & Associates, West Des Moines, IA 50265-3416 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | | Email/Text: robb@nlgiowa.com | Jun 02 2026 22:38:00 | Robb D Goedicke, 1601 West Lakes Pkwy, Ste 210, 50266, West Des Moines, IA 50266 |
| tr | + | EDI: BCLSMITH.COM | Jun 03 2026 02:32:00 | Charles Smith, 25 Main Place Suite 200, Council Bluffs, IA 51503-0790 |
| ust | + | Email/Text: ustpregion12.dm.ecf@usdoj.gov | Jun 02 2026 22:39:00 | United States Trustee, Federal Bldg, Room 793, 210 Walnut Street, Des Moines, IA 50309-2147 |
| 802747210 | + | EDI: ATTWIREBK.COM | Jun 03 2026 02:32:00 | AT&T Wireless, 2270 Lakeside Blvd, 7th Floor, Richardson, TX 75082-4304 |
| 802747211 | ^ | MEBN | Jun 02 2026 22:33:48 | Atlas, 300 Coventry Road, Kensington, CA 94707-1214 |
| 802747230 | | Email/Text: fwdbctl@spotloan.com | Jun 02 2026 22:38:50 | SpotLoan, P.O. Box 720, Belcourt, ND 58316 |
| 802747212 | + | EDI: WFNNB.COM | Jun 03 2026 02:32:00 | Cb/Vicscrt, Po Box 182789, Columbus, OH 43218-2789 |
| 802747213 | + | Email/Text: bkinfo@ccfi.com | Jun 02 2026 22:39:00 | Check into Cash, 201 Keith Street SW, Suite 80, Cleveland, TN 37311-5867 |
| 802747214 | + | Email/Text: omx-bnc-bk-notices@chime.com | Jun 02 2026 22:38:00 | Chime/Stride Bank Na, 101 California St Ste 50, San Francisco, CA 94111-5802 |
| 802747217 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Jun 02 2026 22:39:00 | First Inv Sc, 3065 Akers Mill Road, Atlanta, GA 30339-3124 |
| 802747218 | + | EDI: AMINFOFP.COM | Jun 03 2026 02:32:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 802747220 | | Email/Text: notice@hiddenmeadowlending.com | Jun 02 2026 22:38:00 | Hidden Meadow Lending, P.O. Box 678, Santa Ysabel, CA 92070 |
| 802747223 | | Email/Text: bankruptcynotices@midamerican.com | | |

| | | | Jun 02 2026 22:38:00 | MidAmerican Energy, P.O. Box 657, Des Moines, IA 50306-0657 |
|---|---|---|---|---|
| 802747224 | + | Email/Text: geninfo@midlandcu.org | Jun 02 2026 22:38:00 | Midland Credit Union, 2891 106th St, Des Moines, IA 50322-3772 |
| 802747229 | | Email/Text: bankruptcy@self.inc | Jun 02 2026 22:38:00 | Self / Lead, Po Box 11, Southlake, TX 76092 |
| 802747233 | | Email/Text: collections@transformcredit.com | Jun 02 2026 22:38:00 | Together Loans, 1440 W Taylor St #431, Chicago, IL 60607 |
| 802747231 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 02 2026 22:38:00 | Tbom/Fortiva, Po Box 105555, Atlanta, GA 30348-5555 |
| 802747232 | ^ | MEBN | Jun 02 2026 22:33:43 | Telecom Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 802747234 | ^ | MEBN | Jun 02 2026 22:33:28 | Utility Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 802747235 | + | Email/Text: bankruptcy@veridiancu.org | Jun 02 2026 22:39:00 | Veridian Cu, 1827 Ansborough Av, Waterloo, IA 50701-3629 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID     Bypass Reason  Name and Address**
802747221                           Janzen Simpson

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2026                Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Charles Smith,

                trustee@telpnerlaw.com  ia21@ecfcbis.com

Robb D Goedicke

                on behalf of Debtor Ashley R Joynes robb@nlgiowa.com  cpalmersheim@mburdettelaw.com

United States Trustee

                USTPRegion12.DM.ECF@usdoj.gov

TOTAL: 3

| | | | |
|---|---|---|---|
| Debtor 1: | **Ashley R Joynes** <br> First Name  Middle Name  Last Name | Social Security number or ITIN:  xxx–xx–3761 <br> EIN:  _ _–_ _ _ _ _ _ _ | |
| Debtor 2: <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN:  _ _ _ _ <br> EIN:  _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court:  Southern District of Iowa | | Date case filed for chapter:     7      6/2/26 | |
| Case number:  **26–00955–lmj7** | | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Ashley R Joynes | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1304 Boyd St <br> Des Moines, IA 50316 | |
| 4. | **Debtor's attorney** <br> Name and address | Robb D Goedicke <br> 1601 West Lakes Pkwy <br> Ste 210 <br> 50266 <br> West Des Moines, IA 50266 | Contact phone (515) 225–1499 <br> Email:  robb@nlgiowa.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Charles Smith <br> 25 Main Place Suite 200 <br> Council Bluffs, IA 51503 | Contact phone (712) 325–9000 <br> Email:  trustee@telpnerlaw.com |

**For more information, see page 2 >**

| 6. | **Bankruptcy clerk's office** | 111 Locust Street<br>Office 320<br>Des Moines, IA 50309 | Office Hours: 08:00 AM – 04:00 PM Monday – Friday |
|---|---|---|---|
| | Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | | Contact phone (515) 284–6230<br><br>Date: 6/2/26 |

| 7. | **Meeting of creditors** | **July 2, 2026 at 03:00 PM** | Location: |
|---|---|---|---|
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 916 952 6019, and Passcode 2740025249, OR call 1–515–989–8069** |

| 8. | **Presumption of abuse** | The presumption of abuse does not arise. |
|---|---|---|
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |

| 9. | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 8/31/26** |
|---|---|---|---|
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** If applicable, 30 days after the *conclusion* of the meeting of creditors |

| 10. | **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |
|---|---|---|
| | Please do not file a proof of claim unless you receive a notice to do so. | |

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |
|---|---|---|

| 13. | **Cellular phones** | Only attorneys and their employees may carry cell phones and other portable communication devices into hearing locations. |
|---|---|---|